VICTOR VINCENT, Respondent, *v.* ALFRED B. SANDS, Appellant.

(Argued September 24, 1874; decided October 6, 1874.)

*Robert N. Waite* for the appellant.

*Frederick C. Coudert* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.